UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>                        Plaintiff,     )<br>                                                          )<br>              v.                              )<br>                                                          )<br>         ROBERTO SINGH           )<br>                                                          )<br>                        Defendant.   )<br>                                                          ) | CASE NO. 21CR01488-001-JLS<br><br>O R D E R |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for September 3, 2021 is vacated and reset to October 8, 2021 at 9:00 A.M.

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED:  07/21/2021

*Janis L. Sammartino*
Janis L. Sammartino
U.S. District Judge

cc: all counsel of record